In re BECTON, DICKINSON AND COMPANY.

No. 2010–1123.

United States Court of Appeals, Federal Circuit.

March 8, 2010.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Billy E. BRITAIN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2010–3001.

United States Court of Appeals, Federal Circuit.

March 9, 2010.

Billy E. Britain, Dayton, OH, pro se.

Leslie Cayer Ohta, Department of Justice, Jessica Johnson, Office of Personnel Management, Washington, DC, for Respondent.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure prosecute in accordance with the rules.